UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ORLANDO WELLS, | No. 2:25-cv-0521 CSK P |
| Plaintiff, | |
| v. | ORDER |
| JEFFERY MACOMBER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. On February 20, 2025, plaintiff filed an application to proceed in forma pauperis, accompanied by a certified trust account statement. (ECF No. 4.) However, plaintiff did not sign the application. (Id. at 2.) Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). The Court is unable to consider plaintiff's unsigned filing unless he signs and re-files it. Id. Failure to comply with this order will result in an order striking the unsigned filing (ECF No. 27).

Therefore, plaintiff is provided an opportunity to re-file the unsigned filing with a document bearing his signature. Plaintiff is cautioned that failure to re-file the unsigned filing will result in an order striking the unsigned filing (ECF No. 4). Fed. R. Civ. P. 11(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of this order to re-file a signed version of

1

his application to proceed in forma pauperis (ECF No. 4).

    2. The Clerk of the Court is directed to send plaintiff a copy of the unsigned filing (ECF No. 4).

Dated: February 24, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/well0521.r11