UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK ORLANDO WELLS,

Plaintiff,

v.

JEFFERY MACOMBER, et al.,

Defendants.

No. 2:25-cv-0521 CSK P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed a first amended civil rights complaint pursuant to the Court's November 25, 2025 order. However, plaintiff did not sign his first amended complaint or the accompanying notice of amendment. Plaintiff's filings were typewritten, and he typed his name rather than signing it. (ECF No. 23 at 16; 23-1 at 1.)

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's first amended complaint unless he signs and re-files the first amended complaint. Therefore, plaintiff is provided an opportunity to re-file his first amended complaint bearing his signature. Plaintiff is advised that typing his name is not sufficient; he must sign the first amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

1

On January 2, 2026, defendants filed a motion for extension of time to respond to plaintiff's first amended complaint.  (ECF No. 24.)  In light of this order, defendants' motion is moot.  Defendants are relieved of their obligation to respond pending the re-filing of plaintiff's first amended complaint bearing his signature, as well as the Court's subsequent order screening the amended pleading.

Accordingly, IT IS HEREBY ORDERED that:

1.  Within thirty days from the date of this order, plaintiff shall re-file a <u>signed</u> first amended complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

2.  Defendants' motion for extension (ECF No. 24) is denied as moot; defendants are relieved of their obligation to respond pending further order of Court.

Dated:  January 13, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/well0521.r11.3

2